989 A.2d 255

IN THE MATTER OF JEFF H. GOLDSMITH,
AN ATTORNEY AT LAW.

February 17, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–230, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JEFF H. GOLDSMITH** of **FORT LEE,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.1(b) (pattern of neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **JEFF H. GOLDSMITH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.